# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
GALLIGAN, NANCY SUSAN § Case No. 13-20935
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BARRY A. CHATZ_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-20935 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | GALLIGAN, NANCY SUSAN | | | Date Filed (f) or Converted (c): | 05/17/13 (f) |
| | | | | 341(a) Meeting Date: | 06/20/13 |
| For Period Ending: | 06/26/14 | | | Claims Bar Date: | 11/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 10.00 | 10.00 | | 0.00 | FA |
| 2. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 565.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 5. Books / Collectibles | 50.00 | 50.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies | 1,055.70 | 0.00 | | 0.00 | FA |
| 9. Equitable or Future Interests | Unknown | 0.00 | | 15,550.74 | FA |
| 10. Vehicles | 1,125.00 | 1,125.00 | | 0.00 | FA |
| 11. Vehicles | 1,350.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $5,605.70          $1,185.00          $15,550.74          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED TO UST 4/4/14

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-20935 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | GALLIGAN, NANCY SUSAN | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9404 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0340 | | | |
| For Period Ending: | 06/26/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/13 | 9 | HOMESTAR TRUST SERVICES 222 NORTH INDUSTRIAL DRIVE BRADLEY, IL 60915 | INSURANCE PROCEEDS | 1129-000 | 15,550.74 | | 15,550.74 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,540.74 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 23.10 | 15,517.64 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.33 | 15,495.31 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 23.04 | 15,472.27 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 12.74 | 15,459.53 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 23.00 | 15,436.53 |
| 02/11/14 | 300002 | NANCY SUSAN GALLIGAN | DEBTOR EXEMPTIONS EXEMPTION PAID TO DEBTOR | 8100-000 | | 2,435.00 | 13,001.53 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,550.74 | 2,549.21 | 13,001.53 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,550.74 | 2,549.21 | |
| Less: Payments to Debtors | | 2,435.00 | |
| Net | 15,550.74 | 114.21 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9404) | 15,550.74 | 114.21 | 13,001.53 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,550.74 | 114.21 | 13,001.53 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 15,550.74 2,549.21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 13-20935 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | GALLIGAN, NANCY SUSAN | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9404 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0340 | | |
| For Period Ending: | 06/26/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 26, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-20935  
Debtor Name: GALLIGAN, NANCY SUSAN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $12.74 | $12.74 |
| 000001<br>069<br>7100-00 | GANDHI MEDICAL CENTER, P.C.<br>2727 HIGHWAY AVE.<br>HIGHLAND, IN 46322 | Unsecured | | $0.00 | $620.00 | $620.00 |
| 000002<br>069<br>7100-00 | BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC<br>C/O RECOVERY MANAGEMENT<br>SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | | $0.00 | $1,248.12 | $1,248.12 |
| 000003<br>070<br>7200-00 | Advocate Christ Hospital<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | Unsecured | | $0.00 | $525.00 | $525.00 |
| 000004<br>070<br>7200-00 | Cach LLC/Square Two Financial<br>4340 South Monaco Street<br>2nd Floor<br>Denver, CO 80237 | Unsecured | | $0.00 | $7,575.00 | $7,575.00 |
| 000005<br>070<br>7200-00 | Cardiology Associates<br>PO Box 322087<br>Munster, IN 46321 | Unsecured | | $0.00 | $426.66 | $426.66 |
| 000006<br>070<br>7200-00 | Dependon Collection Service<br>PO Box 4833<br>Oak Brook, IL 60523 | Unsecured | | $0.00 | $552.00 | $552.00 |
| 000007<br>070<br>7200-00 | ECP Services<br>6880 West Snowville Road<br>Suite 210<br>Brecksville, OH 44141 | Unsecured | | $0.00 | $289.23 | $289.23 |
| 000008<br>070<br>7200-00 | ER Care Physician<br>3075 East Imperial Highway<br>Brea, CA 92821 | Unsecured | | $0.00 | $507.00 | $507.00 |
| 000009<br>070<br>7200-00 | Gregory Emergency Physicians<br>PO Box 7428<br>Philadelphia, PA 19101 | Unsecured | | $0.00 | $271.00 | $271.00 |
| 000010<br>070<br>7200-00 | Unimed Ltd. Metrosouth<br>580 Roger William<br>Suite 22<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $1,136.00 | $1,136.00 |
| 000011<br>070<br>7200-00 | Unimed Ltd Metrosouth<br>580 Roger William, Suite 22<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $2,349.07 | $2,349.07 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: June 26, 2014 |

Case Number:  13-20935  
Debtor Name:  GALLIGAN, NANCY SUSAN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012 070 7200-00 | Unimed Ltd. Metrosouth 580 Roger William Suite 22 Highland Park, IL 60035 | Unsecured | | $0.00 | $5,070.00 | $5,070.00 |
| 000013 070 7200-00 | MetroSouth Medical Center 12935 S Gregory Blue Island, IL 60406 | Unsecured | | $0.00 | $2,349.07 | $2,349.07 |
| 000014 070 7200-00 | MIDWEST ANESTHESIOLOGISTS 185 PENNY AVENUE DUNDEE, IL 60118 | Unsecured | | $0.00 | $5,070.00 | $5,070.00 |
| 000015 070 7200-00 | Pathology Associates of Chicago PO Box 88487 Chicago, IL 60680 | Unsecured | | $0.00 | $754.00 | $754.00 |
| 000016 070 7200-00 | Prompt Ambulance Service 9835 Express Drive Highland, IN 46322 | Unsecured | | $0.00 | $395.00 | $395.00 |
| | Case Totals: | | | $0.00 | $29,149.89 | $29,149.89 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-20935
Case Name: GALLIGAN, NANCY SUSAN
Trustee Name: BARRY A. CHATZ

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GANDHI MEDICAL CENTER, P.C. | $ | $ | $ |
| 000002 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance                                         $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Advocate Christ Hospital | $ | $ | $ |
| 000004 | Cach LLC/Square Two Financial | $ | $ | $ |
| 000005 | Cardiology Associates | $ | $ | $ |
| 000006 | Dependon Collection Service | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | ECP Services | $ | $ | $ |
| 000008 | ER Care Physician | $ | $ | $ |
| 000009 | Gregory Emergency Physicians | $ | $ | $ |
| 000010 | Unimed Ltd. Metrosouth | $ | $ | $ |
| 000015 | Pathology Associates of Chicago | $ | $ | $ |
| 000016 | Prompt Ambulance Service | $ | $ | $ |
| 000013 | MetroSouth Medical Center | $ | $ | $ |
| 000014 | MIDWEST ANESTHESIOLOGISTS | $ | $ | $ |

Total to be paid to tardy general unsecured creditors       $_____

Remaining Balance                                           $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE