UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
GALLIGAN, NANCY SUSAN  §  Case No. 13-20935
        §
   Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, July 29, 2014 in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/03/2014          By: /s/ Barry A. Chatz, Trustee
                                        Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-20935-PSH
Nancy Susan Galligan                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mmyers              Page 1 of 2            Date Rcvd: Jul 08, 2014
                             Form ID: pdf006           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2014.

```
db          +Nancy Susan Galligan,    304 Elizabeth Street,    Calumet City, IL 60409-5217
20498348    +ALW Outsourcing,    1804 Washington Boulevard,    Baltimore, MD 21230-1700
20498347    +Advocate Christ Hospital,    4440 W. 95th St,   Oak Lawn, IL 60453-2699
20498349     Asset Recovery Solutions,    2200 E Devon Ave, Ste 200,   Des Plaines, IL 60018-4501
20498351     Cardiology Associates,    PO Box 322087,   Munster, IN 46321
20498352    +Circuit Court of Cook County,    Case# 13 M1 105619,    50 W Washington, Room 601,
              Chicago, IL 60602-1313
20498353    +Dependon Collection Service,    PO Box 4833,    Oak Brook, IL 60522-4833
20498354    +ECP Services,    6880 W. Snowville Road, Suite 210,    Brecksville, OH 44141-3255
20498355    +ER Care Physician,    3075 E. Imperial Hwy,    Brea, CA 92821-6733
20498356    +Gandhi Medical Center Pc,    2727 Highway Avenue,    Highland, IN 46322-1615
20935322    +Gandhi Medical Center, P.C.,    2727 Highway Ave.,    Highland, IN 46322-1615
20498357    +Gregory Emergency Physicians,    PO Box 7428,    Philadelphia, PA 19101-7428
20498358    +Hanger Prosthetics  Orthotics,    4255 Westbrook Drive, Ste 215,   Aurora, IL 60504-8125
20498359    +Harris & Harris, Ltd,    Harris & Harris, Ltd.,    111 W Jackson Blvd 400,   Chicago, IL 60604-4135
20498361    +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
20498363    +Illinois Collection Agency,    P.O. Box 1010,    Tinley Park, IL 60477-9110
20498364    +John C. Bonewicz, P.C.,    350 N. Orleans St.,    Suite 300,   Chicago, IL 60654-1607
20498365    +Komyatt & Associates,    9650 Gordon Drive,    Highland, IN 46322-2980
20498366    +LMCH Affiliated Services,    2800 W. 87th,    Chicago, IL 60652-3831
20498367     Medical Business Bureau,    PO Box 1219,   Park Ridge, IL 60068-7219
20498368    +MetroSouth Medical Center,    12935 S Gregory,    Blue Island, IL 60406-2428
20498369    +Midwest Anesthesia Ltd,    4440 W.95th Street,    Oak Lawn, IL 60453-2600
20498371    +Munster Radiology Group,    9201 Calumet Avenue,    Munster, IN 46321-2807
20498372    +Pathology Assoc. of Chicago,    PO Box 88487,    Chicago, IL 60680-1487
20498373    +Pathology Associates Of Chicago,    PO Box 88487,    Chicago, IL 60680-1487
20498374    +Prompt Ambulance Service,    9835 Express Drive,    Highland, IN 46322-2608
20498375    +Tek-collect Inc,    Pob 1269,   Columbus, OH 43216-1269
20498376    +Trust Rec Sv,    541 Otis Bowen Dri,    Munster, IN 46321-4158
20498379   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    950 17th St., Ste. 810,    Denver, CO 80202)
20498377    +Unimed LTD,    PO Box 5945,   Carol Stream, IL 60197-5945
20498360    +Unimed Ltd Metrosouth,    580 Roger William, Suite 22,   Highland Park, IL 60035-4820
20498380     Vybert P. Green,    16774 S. LaGrange Rd,    Orland Park, IL 60462
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21206273     E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2014 00:05:29
              Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20498350    +E-mail/Text: ebn@squaretwofinancial.com Jul 09 2014 00:02:24     Cach LLC/Square Two Financial,
              4340 South Monaco St. 2nd Floor,   Denver, CO 80237-3485
20731284     E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2014 00:04:28
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
20734581     E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2014 00:04:28      The Bureaus, Inc.,
              c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20498378*    +Unimed Ltd Metrosouth,    580 Roger William,   Suite 22,   Highland Park, IL 60035-4820
20498362*    +Unimed Ltd Metrosouth,    580 Roger William,   Suite 22,   Highland Park, IL 60035-4820
20498370   ##+Midwest Anesthesiologists,    185 Penny Avenue,   Dundee, IL 60118-1455
                                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mmyers              Page 2 of 2              Date Rcvd: Jul 08, 2014
                              Form ID: pdf006           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2014 at the address(es) listed below:
              Alfredo J Garcia     on behalf of Debtor Nancy Susan Galligan notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
              Barry A Chatz     bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              George Michael Vogl, IV     on behalf of Debtor Nancy Susan Galligan notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 4
```