UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
GALLIGAN, NANCY SUSAN § Case No. 13-20935
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

　　　4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　Dated: _____ By: /s/BARRY A. CHATZ_____
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

　　　**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NANCY SUSAN GALLIGAN |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALW Outsourcing 1804 Washington Boulevard Baltimore, MD 21230 | | | | | |
| | Advocate Christ Hospital 4440 W. 95th St Oak Lawn, IL 60453 | | | | | |
| | Asset Recovery Solutions 2200 E Devon Ave, Ste 200 Des Plaines, IL 60018-4501 | | | | | |
| | Cach Llc/Square Two Financial Attention: Bankruptcy 4340 South Monaco St.  2nd Floor Denver, CO 80237 | | | | | |
| | Cardiology Associates PO Box 322087 Munster, IN 46321 | | | | | |
| | Circuit Court of Cook County Case# 13 M1 105619 50 W Washington, Room 601 Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | ECP Services 6880 W. Snowville Road, Suite 210 Brecksville, OH 44141 | | | | | |
| | ER Care Physician 3075 E. Imperial Hwy Brea, CA 92821 | | | | | |
| | Gandhi Medical Center Pc 2727 Highway Avenue Highland, IN 46322 | | | | | |
| | Gregory Emergency Physicians PO Box 7428 Philadelphia, PA 19101 | | | | | |
| | Hanger Prosthetics Orthotics 4255 Westbrook Drive, Ste 215 Aurora, IL 60504 | | | | | |
| | Harris & Harris, Ltd Harris & Harris, Ltd. 111 W Jackson Blvd 400 Chicago, IL 60604 | | | | | |
| | Harris & Harris, Ltd Harris & Harris, Ltd. 111 W Jackson Blvd 400 Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris & Harris, Ltd Harris & Harris, Ltd. 111 W Jackson Blvd 400 Chicago, IL 60604 | | | | | |
| | Hsbc Bank Hsbc Card Services / Attn: Bankruptcy De Po Box 5204 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Illiana Anesthesia LLC P.O.Box 3073 Carol Stream, IL 60132-3073 | | | | | |
| | Illinois Collection Agency P.O. Box 1010 Tinley Park, IL 60477 | | | | | |
| | John C. Bonewicz, P.C. 350 N. Orleans St. Suite 300 Chicago, IL 60654 | | | | | |
| | Komyatt & Associates 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | LMCH Affiliated Services 2800 W. 87th Chicago, IL 60652 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Business Bureau PO Box 1219 Park Ridge, IL 60068-7219 | | | | | |
| | Medical Business Bureau PO Box 1219 Park Ridge, IL 60068-7219 | | | | | |
| | MetroSouth Medical Center 12935 S Gregory Blue Island, IL 60406 | | | | | |
| | Midwest Anesthesia Ltd 4440 W.95th Street Oak Lawn, IL 60453 | | | | | |
| | Midwest Anesthesiologists 185 Penny Avenue Dundee, IL 60118 | | | | | |
| | Midwest Anesthesiologists 185 Penny Avenue Dundee, IL 60118 | | | | | |
| | Munster Radiology Group 9201 Calumet Avenue Munster, IN 46321 | | | | | |
| | Pathology Assoc. of Chicago PO Box 88487 Chicago, IL 60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pathology Associates Of Chicag 2255 W. Harrison Street Chicago, IL 60612 | | | | | |
| | Prompt Ambulance Service 9835 Express Drive Highland, IN 46322 | | | | | |
| | Tek-collect Inc Pob 1269 Columbus, OH 43216 | | | | | |
| | Trust Rec Sv 541 Otis Bowen Dri Munster, IN 46321 | | | | | |
| | US Bank 950 17th St., Ste. 810 Denver, CO 80202 | | | | | |
| | Unimed LTD PO Box 5945 Carol Stream, IL 60197 | | | | | |
| | Unimed Ltd Metrosouth 580 Roger William Suite 22 Highland Park, IL 60035 | | | | | |
| | Unimed Ltd Metrosouth 580 Roger William Suite 22 Highland Park, IL 60035 | | | | | |
| | Unimed Ltd Metrosouth 580 Roger William Suite 22 Highland Park, IL 60035 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vybert P. Green 16774 S. LaGrange Rd Orland Park, IL 60462 | | | | | |
| 000002 | BUREAUS INVESTMENT GROUP PORTFOLIO | | | | | |
| 000001 | GANDHI MEDICAL CENTER, P.C. | | | | | |
| 000003 | ADVOCATE CHRIST HOSPITAL | | | | | |
| 000004 | CACH LLC/SQUARE TWO FINANCIAL | | | | | |
| 000005 | CARDIOLOGY ASSOCIATES | | | | | |
| 000006 | DEPENDON COLLECTION SERVICE | | | | | |
| 000007 | ECP SERVICES | | | | | |
| 000013 | METROSOUTH MEDICAL CENTER | | | | | |
| 000014 | MIDWEST ANESTHESIOLOGISTS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | PATHOLOGY ASSOCIATES OF CHICAGO | | | | | |
| 000016 | PROMPT AMBULANCE SERVICE | | | | | |
| 000011 | UNIMED LTD METROSOUTH | | | | | |
| 000010 | UNIMED LTD. METROSOUTH | | | | | |
| 000012 | UNIMED LTD. METROSOUTH | | | | | |
| 000008 | ER CARE PHYSICIAN | | | | | |
| 000009 | GREGORY EMERGENCY PHYSICIANS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-20935 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| Case Name: | GALLIGAN, NANCY SUSAN | | | Date Filed (f) or Converted (c): | 05/17/13 (f) |
| | | | | 341(a) Meeting Date: | 06/20/13 |
| For Period Ending: | 01/23/15 | | | Claims Bar Date: | 11/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 10.00 | 10.00 | | 0.00 | FA |
| 2. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 565.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 5. Books / Collectibles | 50.00 | 50.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies | 1,055.70 | 0.00 | | 0.00 | FA |
| 9. Equitable or Future Interests | Unknown | 0.00 | | 15,550.74 | FA |
| 10. Vehicles | 1,125.00 | 1,125.00 | | 0.00 | FA |
| 11. Vehicles | 1,350.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $5,605.70        $1,185.00        $15,550.74        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED TO UST 4/4/14

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 09/30/14

LFORM1    Ver: 18.03b

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-20935 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | GALLIGAN, NANCY SUSAN | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9404  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0340 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/13 | 9 | HOMESTAR TRUST SERVICES<br>222 NORTH INDUSTRIAL DRIVE<br>BRADLEY, IL 60915 | INSURANCE PROCEEDS | 1129-000 | 15,550.74 | | 15,550.74 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,540.74 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 23.10 | 15,517.64 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.33 | 15,495.31 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 23.04 | 15,472.27 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 12.74 | 15,459.53 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 23.00 | 15,436.53 |
| 02/11/14 | 300002 | NANCY SUSAN GALLIGAN | DEBTOR EXEMPTIONS<br>EXEMPTION PAID TO DEBTOR | 8100-000 | | 2,435.00 | 13,001.53 |
| 07/29/14 | 300003 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 2,117.73 | 10,883.80 |
| | | | Fees         2,061.57 | 2100-000 | | | |
| | | | Expenses       56.16 | 2200-000 | | | |
| 07/29/14 | 300004 | GANDHI MEDICAL CENTER, P.C.<br>2727 HIGHWAY AVE.<br>HIGHLAND, IN 46322 | Claim 000001, Payment 100.00% | 7100-000 | | 620.00 | 10,263.80 |
| 07/29/14 | 300005 | BUREAUS INVESTMENT GROUP PORTFOLIO15 LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000002, Payment 100.00%<br>(2-1) HSBC CARD SERVICES, INC. | 7100-000 | | 1,248.12 | 9,015.68 |
| | | | Page Subtotals | | 15,550.74 | 6,535.06 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-20935 | |
| Case Name: | GALLIGAN, NANCY SUSAN | |
| Taxpayer ID No: | *******0340 | |
| For Period Ending: | 01/23/15 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF NEW YORK MELLON | |
| Account Number / CD #: | *******9404  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/14 | 300006 | Advocate Christ Hospital<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | Claim 000003, Payment 45.42% | 7200-000 | | 238.45 | 8,777.23 |
| 07/29/14 | 300007 | Cach LLC/Square Two Financial<br>4340 South Monaco Street<br>2nd Floor<br>Denver, CO 80237 | Claim 000004, Payment 45.42% | 7200-000 | | 3,440.50 | 5,336.73 |
| * 07/29/14 | 300008 | Cardiology Associates<br>PO Box 322087<br>Munster, IN 46321 | Claim 000005, Payment 45.42% | 7200-004 | | 193.79 | 5,142.94 |
| 07/29/14 | 300009 | Dependon Collection Service<br>PO Box 4833<br>Oak Brook, IL 60523 | Claim 000006, Payment 45.42% | 7200-000 | | 250.71 | 4,892.23 |
| 07/29/14 | 300010 | ECP Services<br>6880 West Snowville Road<br>Suite 210<br>Brecksville, OH 44141 | Claim 000007, Payment 45.42% | 7200-000 | | 131.37 | 4,760.86 |
| * 07/29/14 | 300011 | ER Care Physician<br>3075 East Imperial Highway<br>Brea, CA 92821 | Claim 000008, Payment 45.42% | 7200-003 | | 230.27 | 4,530.59 |
| * 07/29/14 | 300012 | Gregory Emergency Physicians<br>PO Box 7428<br>Philadelphia, PA 19101 | Claim 000009, Payment 45.42% | 7200-003 | | 123.09 | 4,407.50 |
| 07/29/14 | 300013 | Unimed Ltd. Metrosouth<br>580 Roger William<br>Suite 22<br>Highland Park, IL 60035 | Claim 000010, Payment 45.42% | 7200-000 | | 515.96 | 3,891.54 |
| 07/29/14 | 300014 | MetroSouth Medical Center<br>12935 S Gregory<br>Blue Island, IL 60406 | Claim 000013, Payment 45.42% | 7200-000 | | 1,066.93 | 2,824.61 |

Page Subtotals   0.00   6,191.07

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-20935 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | GALLIGAN, NANCY SUSAN | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9404 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0340 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/14 | 300015 | MIDWEST ANESTHESIOLOGISTS<br>185 PENNY AVENUE<br>DUNDEE, IL 60118 | Claim 000014, Payment 45.42% | 7200-000 | | 2,302.75 | 521.86 |
| 07/29/14 | 300016 | Pathology Associates of Chicago<br>PO Box 88487<br>Chicago, IL 60680 | Claim 000015, Payment 45.42% | 7200-000 | | 342.46 | 179.40 |
| 07/29/14 | 300017 | Prompt Ambulance Service<br>9835 Express Drive<br>Highland, IN 46322 | Claim 000016, Payment 45.42% | 7200-000 | | 179.40 | 0.00 |
| * 09/04/14 | 300012 | Gregory Emergency Physicians<br>PO Box 7428<br>Philadelphia, PA 19101 | Claim 000009, Payment 45.42% | 7200-003 | | -123.09 | 123.09 |
| 09/04/14 | 300018 | United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Claim 000009, Payment 45.42% | 7200-001 | | 123.09 | 0.00 |
| * 09/19/14 | 300011 | ER Care Physician<br>3075 East Imperial Highway<br>Brea, CA 92821 | Claim 000008, Payment 45.42%<br>CHECK RETURNED BY CREDITOR 9/19/14<br>STATING NO BALANCE DUE | 7200-003 | | -230.27 | 230.27 |
| 09/19/14 | 300019 | United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Claim 000008, Payment 45.42% | 7200-001 | | 230.27 | 0.00 |
| * 11/05/14 | 300008 | Cardiology Associates<br>PO Box 322087<br>Munster, IN 46321 | Stop Payment Reversal<br>CARDIOLOGY ASSOCIATES | 7200-004 | | -193.79 | 193.79 |
| 11/06/14 | 300020 | UNITED STATES BANKRUPTCY COURT<br>219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | UNCASHED CLAIM CHECK TURNED OVER TO BANKRUPTCY COURT | 7200-000 | | 193.79 | 0.00 |

Page Subtotals          0.00          2,824.61

Ver: 18.03b

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-20935 |
| Case Name: | GALLIGAN, NANCY SUSAN |
| Taxpayer ID No: | *******0340 |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******9404  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,550.74 | 15,550.74 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,550.74 | 15,550.74 | |
| Less:  Payments to Debtors | | 2,435.00 | |
| Net | 15,550.74 | 13,115.74 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9404 | 15,550.74 | 13,115.74 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 15,550.74 | 13,115.74 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*